■ In the Matter of HAROLD P. STOFFOLANO et al., Appellants, v BOARD OF EDUCATION OF THE HERKIMER CENTRAL SCHOOL DISTRICT, Respondent. — Judgment unanimously affirmed,

without costs (see *Matter of Bell v Board of Educ.*, 61 NY2d 149). (Appeal from judgment of Supreme Court, Onondaga County, Tenney, J. — art 78.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.